NEAL, APPELLEE, *v.* A–BEST PRODUCTS COMPANY ET AL., APPELLANTS.

## [Cite as *Neal v. A–Best Prods. Co.,* 116 Ohio St.3d 299, 2007-Ohio-6453.]

(Nos. 2007–1470 and 2007–1645—Submitted October 9, 2007—Decided December 12, 2007.)

{¶ 1} The discretionary appeal is accepted and the certified question is recognized.

{¶ 2} The certified question is answered by our opinion in *In re Special Docket No. 73958,* 115 Ohio St.3d 425, 2007-Ohio-5268, 875 N.E.2d 596. The judgment of the court of appeals dismissing appellants' appeal is reversed on the authority of *In re Special Docket No. 73958,* and the cause is remanded to the court of appeals for review of appellants' assignments of error.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Young, Reverman & Mazzei Co., L.P.A., and Richard E. Reverman, for appellee.

Vorys, Sater, Seymour & Pease, L.L.P., Richard D. Shuster, Nina I. Webb–Lawton, Anthony L. Osterlund, and Michael J. Hendershot, for appellants Amchem Products, Inc., CertainTeed Corp., H.B. Fuller Co., and Union Carbide Corp.

Sutter, O'Connell & Farchione, Matthew C. O'Connell, and Victoria D. Barto, for appellants Anchor Packing Co., Garlock Sealing Technologies L.L.C., Inc., and Riley Stoker Corp.

Roetzel & Andress, Susan Squire Box, and Brad A. Rimmel, for appellant Mobil Corp.

Tucker, Ellis & West, L.L.P., Joseph J. Morford, Jeffrey A. Healy, and John P. Patterson, for appellant A.W. Chesterton Co.

Blank Rome, L.L.P., Michael L. Cioffi, and William M. Huse, for appellant Honeywell International, Inc.

Tucker, Ellis & West, L.L.P., and Henry Billingsley, for appellants BOC Group, Inc., f.k.a. Airco, Inc., Hobart Brothers Co., and Lincoln Electric Co.

McCarthy, Lebit, Crystal & Liffman Co., L.P.A., and David A. Schaefer, for appellant Rapid American Corp.

Ulmer & Berne, L.L.P., Bruce P. Mandel, and Kurt S. Siegfried, for appellant Ohio Valley Insulating Co., Inc.

David L. Day, for appellant John Crane, Inc.

Oldham & Dowling, Reginald S. Kramer, and Terri L. Nass, for appellants General Electric Co. and CBS Corp./Viacom, Inc./Westinghouse.

Baker & Hostetler, L.L.P., and Wade A. Mitchell, for appellants McGraw Construction Co. and McGraw/Kokosing, Inc.

Eagen & Wycoff Co., L.P.A., Thomas L. Eagen Jr., and Christine Carey Steele, for appellant Mallinckrodt Group, Inc., f.k.a. International Minerals & Chemical Corp.

Ulmer & Berne, L.L.P., Timothy M. Fox, Charles R. Janes, James N. Kline, Kurt S. Siegfried, Robert E. Zulandt III, and Sally A. Jamieson, for appellant Georgia–Pacific, L.L.C., f.k.a. Georgia–Pacific Corp.

Ralph J. Palmisano, Nicholas L. Evenchan, and Jeffrey J. Manning, for appellant Foster Wheeler Energy Corp.

Bunda, Stutz & DeWitt, L.L.P., and Rebecca C. Sechrist, for appellant Owens–Illinois, Inc.